## VIGO V. CITY OF BIRMINGHAM.

(Decided April 23, 1908.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. D. A. GREENE.

. E. C. Winston, for appellant.   E. D. & J. Q. Smith, for appellee.

Per curiam.   Dismissed for want of prosecution.